**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
McKenna J. Sullivan, Esq.
Nevada Bar No. 16634
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
msullivan@maclaw.com
*Attorneys for Defendants,*
*George D. Helton Sr and Nye County*

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RICK NELSON, an individual,

Plaintiff,

vs.

GEORGE D. HELTON SR., an individual; NYE COUNTY, a political subdivision of the State of Nevada; DOES I-X, inclusive; and ROE ENTITIES I-X, inclusive,

Defendants.

Case No.: 2:26-cv-00822

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**FIRST REQUEST**

Plaintiff, RICK NELSON ("Plaintiff") and Defendants, GEORGE D. HELTON SR. and NYE COUNTY ("Defendants"), by and through their undersigned counsel, hereby agree and jointly stipulates to the following:

1. WHEREAS, on September 4, 2026, Plaintiff filed a First Amended Complaint [ECF No. 28] ('Amended Complaint');

2. WHEREAS, Defendants' deadline to response to the Amended Complaint was September 18, 2026; and,

3. NOW, THEREFORE, Plaintiff and Defendants agree that the deadline for Defendants to file and serve their response, currently due on September 18, 2026, shall be extended to September 25, 2026.

/ / /

4. The instant stipulation is being made in good faith and not for purposes of delay, and no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

Dated this 18th day of September 2026.

MARQUIS AURBACH

By: */s/ McKenna J. Sullivan*
Brian R. Hardy, Esq.
Nevada Bar No. 10068
McKenna J. Sullivan, Esq.
Nevada Bar No. 16634
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

Dated this 18th day of September 2026.

FLANGAS CIVIL LAW FIRM

By: */s/ Thomas M. Fronczek*
Leo P. Flangas, Esq.
Nevada Bar No. 5637
Thomas M. Fronczek, Esq.
Nevada Bar No. 11380
6161 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 21st day of September, 2026

UNITED STATES MAGISTRATE JUDGE

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816